UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| MARIA TRANSITO VICHEZ,<br><br>    Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br><br>    Acting Commissioner of<br>    Social Security Administration,<br>    Defendant. | Civil No. 3:13-cv-01657-BR<br><br>ORDER AWARDING ATTORNEY FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT |

Based upon the Stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,780.60 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The award is subject to the U.S. Department of the Treasury's Offset Program and appropriate reduction will be made for non-exempt debts owed by Plaintiff to the Government, pursuant to 31 U.S.C. § 3716 and *Astrue v. Ratliff,* 560 U.S. 586 (2010). If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset allowed under the U.S. Department of Treasury's Offset Program, then payment of this award shall be made payable to Marion-Polk Legal Aid Service. Whether the check is made payable to Plaintiff or Marion-Polk Legal Aid Service, any remaining balance will be mailed to Plaintiff's attorney at Marion-Polk Legal Aid Service, 1655 State Street, Salem, Oregon 97301.

There are no outstanding litigation costs or expenses to be paid.

IT IS SO ORDERED this 26 day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE